UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
SAN ANGELO DIVISION

MARINA ISABEL LEIVA SABILLON
*As next friend of*
GUSTAVO ENRIQUE LOPEZ
CARDONA,

    Petitioner,

v.

US IMMIGRATION AND CUSTOMS
ENFORCEMENT, *et al.*,

    Respondent.

No. 6:26-CV-00044-H

### JUDGMENT

For the reasons stated in the Court's order entered today, it is ordered, adjudged, and decreed that this petition for writ of habeas corpus is dismissed without prejudice.

Dated February 17, 2026.

_____
JAMES WESLEY HENDRIX
United States District Judge